UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERGREEN EAST COOPERATIVE,

Plaintiff,

-against-

BOTTOMLEY EVERGREENS & FARMS, INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/15/2019

19 Civ. 5360 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having been advised that the parties were unable to resolve issues concerning settlement, ECF No. 33, it is hereby ORDERED that:

1. By **December 4, 2019**, Defendant shall file its motion to enforce settlement;
2. By **December 20, 2019**, Plaintiff shall file its opposition; and
3. By **January 8, 2020**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: November 15, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge