UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERGREEN EAST COOPERATIVE,

                Plaintiff,

-against-

BOTTOMLEY EVERGREENS & FARMS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2020

19 Civ. 5360 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To allow the parties to engage in good-faith mediation and resolve discovery disputes before the Honorable Sarah Netburn, the case management conference scheduled for January 28, 2020 is hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 23, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge