USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EVERGREEN EAST COOPERATIVE,

                Plaintiff,            19-CV-05360 (AT)(SN)

    -against-                       **ORDER**

BOTTOMLEY EVERGREENS & FARMS, INC.,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On January 23, 2020, the Honorable Analisa Torres referred this matter to my docket for general pretrial matters. Although fact discovery closed on January 2, 2020 (with expert discovery closing on February 17, 2020), see ECF No. 22, the parties appear to have unresolved discovery disputes.

    By Monday, January 27, 2020, the parties may each file a three-page letter setting forth their positions on any open discovery disputes. The parties are ORDERED to appear on Tuesday, January 28, 2020, at 12:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, NY, NY.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 24, 2020
                New York, New York